Williams v. Williams . . . . . . . . . . . . . . . . 2406 EDA 2015    08/11/2016    2011–04136
Affirmed    (Chester)

Com. v. Marsh [11] . . . . . . . . . . . . . . . . . . . . . 2442 EDA 2015    08/11/2016    CP–51–CR–0005820–
Affirmed    2012
(Philadelphia)

Com. v. Selenski . . . . . . . . . . . . . . . . . . . . . 904 MDA 2015    08/11/2016    CP–40–CR–0002700–
Affirmed    2006
(Luzerne)

Com. v. Powell [12] . . . . . . . . . . . . . . . . . . . . 1136 MDA 2015    08/11/2016    CP–40–CR–0000904–
Affirmed    1990
(Luzerne)

Com. v. Pepple . . . . . . . . . . . . . . . . . . . . . . . 1532 MDA 2015    08/11/2016    CP–28–CR–0001699–
Affirmed    2010
(Franklin)

Com. v. Mead . . . . . . . . . . . . . . . . . . . . . . . 1900 MDA 2015    08/11/2016    CP–54–CR–0000306–
Affirmed    2012
(Schuylkill)

Com. v. Brown . . . . . . . . . . . . . . . . . . . . . . 1920 MDA 2015    08/11/2016    CP–01–CR–0000140–
Affirmed    2003
(Adams)

Com. v. Nace . . . . . . . . . . . . . . . . . . . . . . . 2054 MDA 2015    08/11/2016    CP–38–CR–0001520–
Affirmed    2014
(Lebanon)

Com. v. Gill . . . . . . . . . . . . . . . . . . . . . . . . 2129 MDA 2015    08/11/2016    CP–38–CR–0001488–
Affirmed    2009
(Lebanon)

Com. v. Smith . . . . . . . . . . . . . . . . . . . . . . 2192 MDA 2015    08/11/2016    CP–41–CR–0000615–
Affirmed    2015
(Lycoming)

Com. v. Lucas . . . . . . . . . . . . . . . . . . . . . . 2221 MDA 2015    08/11/2016    CP–36–CR–0001060–
Affirmed    2014
(Lancaster)

In the Interest of: J.L. . . . . . . . . . . . . . . . . 75 MDA 2016    08/11/2016    CP–36–DP–0000110–
Affirmed    2015
(Lancaster)

Com. v. Jones . . . . . . . . . . . . . . . . . . . . . . . 449 MDA 2016    08/11/2016    CP–36–CR–0004127–
Jurisdiction    2015
Retained    (Lancaster)

Com. v. Boatright [13] . . . . . . . . . . . . . . . . . 844 WDA 2015    08/11/2016    CP–02–CR–0006318–
Affirmed    2009
CP–02–CR–0009340–
2009
(Allegheny)

Com. v. Watson . . . . . . . . . . . . . . . . . . . . . 1218 WDA 2015    08/11/2016    CP–02–CR–0011093–
Affirmed    2009
(Allegheny)

Com. v. Williams . . . . . . . . . . . . . . . . . . . . . 1492 WDA 2015    08/11/2016    CP–25–CR–0002530–
Affirmed    2003
(Erie)

11. Petition for reargument denied October 14, 2016.
12. Petition for reargument denied November 14, 2016.
13. Petition for reargument denied October 20, 2016.